**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                              CASE NO. 8:10-CR-452-T-17

ELIAS SALGADO-SOTO
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 67).  The Court appointed counsel in this case but the Federal Public Defender satisfied the requirements in the 782 Omnibus Order and was allowed to withdraw.  The Court allowed the defendant time to file a new motion to dismiss (Doc. 73) but he failed to file any further motion.  The Court has reviewed the motion and the Amended Assesment for the United States Probation Office and concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position of the Probation Office.  Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 11th day of August, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record